UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61747-CV-DIMITROULEAS

JOSE CARLOS CERON-LOPEZ,

Petitioner,

v.

CARLOS R. NUNEZ
Assistant Field Office Director,
Immigration and Customs Enforcement,
Custodian of Broward Transitional Center, et. al.,

Respondents.
_______________________________/

**ORDER**

Upon *sua sponte* review of the record, it is **ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 19th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record